Submitted on remand from the Oregon Supreme Court July 13, 2000; argued on remand March 4, reversed and remanded April 10, 2002

## RAYMOND E. MYRICK, JR.,
*Appellant,*

*v.*

## Nicholas ARMENAKIS,
Superintendent,
Oregon State Correctional Institution,
*Respondent.*

### 97C-10148; A100198

43 P3d 1155

Rebecca R. Davis argued the cause and filed the brief for appellant.

Kelly Knivila, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Edmonds, Presiding Judge, and Landau and Haselton, Judges.

PER CURIAM

## PER CURIAM

Plaintiff appeals from the trial court's dismissal of his petition for a writ of habeas corpus. The crimes for which he is incarcerated took place during the time period when the administrative rule discussed in *Peek v. Thompson*, 160 Or App 260, 980 P2d 178, *rev dismissed* 329 Or 553 (1999), was in effect. We therefore reverse and remand with instructions for the trial court to consider plaintiff's arguments in light of *Peek* and in light of the standard of review enunciated in *Hamel v. Johnson*, 173 Or App 448, 25 P3d 314 (2001).

Reversed and remanded.